11347. CONNER v. FARMERS & MERCHANTS BANK OF BREWTON.

LUKE, J. This case is controlled by the decision in the case of *Owens* v. *Bridges*, 13 *Ga. App.* 419 (1) (79 S. E. 225), and cases cited. The judgment rendered in favor of the plaintiff was proper, and it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JUNE 15, 1920.

Trover; from city court of Dublin — Judge Flynt. January 20, 1920.

The bill of exceptions states that "the only question of law presented and passed upon by the court was whether or not the document in evidence was a mortgage, or a bill of sale passing title so that bail-trover would lie." In the document in question the form of a deed of bargain and sale conveying title to personal property is followed by the statement that "This conveyance is intended to operate as provided in sections 2771, 2775, and 5432 of the Civil Code in regard to the sale of property to secure debts and pass the title of the property described into the said Farmers and Merchants Bank, Brewton, Ga. (a bond to reconvey said property in terms of the statute having been executed contemporaneously herewith, the receipt of which is hereby acknowledged by the said maker), the debt hereby evidenced and secured being," etc., specifying the debt. The action was by the Farmers and Merchants Bank against the maker of this instrument; a verdict was rendered against the defendant, and, her motion for a new trial being overruled, she excepted.

*W. A. Dampier, J. A. Merritt,* for plaintiff in error, cited *Stokes,* v. *Hollis,* 43 *Ga.* 262-263.

*Larsen & Crockett,* contra, cited *Ellison* v. *Wilson,* 7 *Ga. App.* 214.